Floyd E. HUNTLEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 11485.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

A. W. Clapp, Charles W. Briggs, and Wayne C. Gilbert, all of St. Paul, Minn., for petitioner.

James W. Morris, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and C. E. Lowery, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals for further proceedings, per stipulation of party.

Rose E. JAMES, Administratrix De Bonis Non of the Estate of Jesse Alford Hunter, Deceased, Appellant, v. UNITED STATES of America.

No. 11524.

Circuit Court of Appeals, Eighth Circuit.

June 19, 1939.

S. W. James, Jr., of Jefferson City, Mo., and Lawrence E. Goldman, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee under Rule 27, 28 U.S.C.A. following section 723c.

Lester H. JETT et al., Appellants, v. TRAVELERS INSURANCE COMPANY.

No. 11539.

Circuit Court of Appeals, Eighth Circuit.

July 11, 1939.

C. H. O. Leimbrock, of Marshall, Mo., for appellants.

Gardner Smith, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellee and certificate of clerk of United States District Court.

In the Matter of Henry KAUFFMAN, et al., Petitioners.

No. 11500.

Circuit Court of Appeals, Eighth Circuit.

May 16, 1939.

R. Brown, of Creston, Iowa, for petitioners.

PER CURIAM.

Petition for allowance of appeal by this Court docketed and dismissed on statement of petitioners as to abandonment of appeal.